# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES EARL TURNAGE, KEVIN
WAYNE TURNAGE, AND DENISE
RICHARDS MASSEY

VERSUS

RODNEY STUMPF, SR., WAYNE
STUMPF, SR., AND REBECCA
STUMPF

NO.  2020 CW 1223

FEB 1 8 2021

---

In Re:   James Earl Turnage, Kevin Wayne Turnage, Denise
         Richards Massey and Stumpf's Supermarkets, Inc.,
         applying for supervisory writs, 21st Judicial District
         Court, Parish of Tangipahoa, No. 20200001209.

---

BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.

   **WRIT DISMISSED.**   This writ application is dismissed
pursuant to relator's correspondence filed January 19, 2021,
advising that all parties have reached a settlement of this
matter and a decision is no longer necessary.

                          VGW
                          JEW
                          WRC

COURT OF APPEAL, FIRST CIRCUIT

*a. Sm*
_____
     DEPUTY CLERK OF COURT
        FOR THE COURT